**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3239

_____

|                                      |     |                             |
|--------------------------------------|-----|-----------------------------|
| United States of America,            | *   |                             |
|                                      | *   |                             |
| Appellee,                            | *   |                             |
|                                      | *   | Appeal from the United States |
| v.                                   | *   | District Court for the      |
|                                      | *   | District of South Dakota.   |
| Jill Nikoleit Schaffer, formerly known | * | [UNPUBLISHED]             |
| as Jill Nikoleit,                    | *   |                             |
|                                      | *   |                             |
| Appellant.                           | *   |                             |

_____

Submitted:  April 2, 1998

Filed:  April 8, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
    Judges.

_____

PER CURIAM.

Jill Nikoleit Schaffer appeals from the district court's[1] grant of summary judgment in favor of the government on its complaint seeking collection of a federally insured student loan. After careful review of the record and the parties' submissions, we conclude that the district court's grant of summary judgment was proper. See

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

United States v. Hodges, 999 F.2d 341, 341-42 (8th Cir. 1993) (per curiam). Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.